*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

**United States of America**

   -against-                                    07 Cr. 008 (SCR)(LMS)

**Hilario Torres-Alvarado**

Stephen C. Robinson, U.S.D.J.

### ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE

On February 6, 2007, pursuant to Fed.R.Crim.P. 11, the Honorable Lisa Margaret Smith, United States Magistrate Judge, after presiding over a plea allocution in the above captioned matter, reported and recommended that the named defendant's plea of guilty be accepted. The Court has carefully reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record. The Report and Recommendation is accepted and the plea is acceptable to the Court. The Clerk of the Court is directed to enter the plea.

SO ORDERED:

*[signature]*

Stephen C. Robinson, U.S.D.J.

Dated: Feb 7, 2007
       White Plains, N.Y.